Decided April 27, 1999

ROBERT RUSSELL *v.* MYSTIC SEAPORT MUSEUM, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 255 (AC 17747), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the plaintiff's notice of claim was insufficient to support a motion to preclude?

"2. Did the Appellate Court properly conclude that the plaintiff had failed to establish that his injury was caused by repetitive trauma/activity that arose out of and during the course of his employment?"

The Supreme Court docket number is SC 16102.

*Amy M. Stone*, in support of the petition.

*Joseph E. Skelly, Jr.*, in opposition.

Decided April 27, 1999